# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LEE ROY JENKINS (#73024)**             **CIVIL ACTION**

**VERSUS**

           **NO. 16-217-JWD-EWD**

**DARRELL VANNOY, WARDEN**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 8, 2019, to which an opposition was filed, (Doc. 17);

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is DENIED as MOOT, and this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be DENIED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 23, 2019</u>.

_____  
**JUDGE JOHN W. deGRAVELLES**  
**UNITED STATES DISTRICT COURT**  
**MIDDLE DISTRICT OF LOUISIANA**